# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 2:13−cr−01075

Jorge Juan Torres Lopez

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 6/17/2020

**TIME:** 02:45 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

**Attorneys for the Government and Defendant and any defendant on bond must be present at least 15 minutes prior to the time the Re-Arraignment is set to complete all necessary paperwork. The Court will not delay the proceedings to allow parties to complete the necessary paperwork. The Re-Arraignment will have to be reset to another day if parties are not prepared to go forward at the time the Re-Arraignment is set.**

Date:   June 7, 2020

David J. Bradley, Clerk