United States District Court
Southern District of Texas
**ENTERED**
June 17, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | **CRIMINAL NO. C-13-1075-S** |
| **JORGE JUAN TORRES-LOPEZ** | § § | |

## AGREED PRELIMINARY ORDER OF FORFEITURE

On June 17, 2020 Defendant Jorge Juan Torres-Lopez ("Defendant") pleaded guilty to Count One of the Superseding Indictment charging him with Conspiracy to Launder Monetary Instruments, a violation of Title 18, United States Code, Section 1956(h).

The United States provided notice to the Defendant in the Superseding Indictment that in the event of conviction, the United States would seek to forfeit all property, real or personal, involved in the offense charged in Count One, or any property traceable to such property. The Notice of Forfeiture in the Superseding Indictment listed specific property located at 53 South Wind Drive, Montgomery, Texas 77356, as being subject to forfeiture.

Based on the evidence in the record and the Defendant's Plea Agreement, the Court finds that the United States has established the requisite nexus between the real property located at 53 South Wind Drive, Montgomery, Texas 77356, and the offense of conviction. Specifically, the real property was purchased with proceeds obtained from, and is involved in, the money laundering conspiracy charged in Count One of Superseding Indictment and is therefore subject to forfeiture.

Accordingly, the Court ORDERS that:

(1) The following property is forfeited to the United States of America:

> The real property, including all improvements and appurtenances, located at 53 South Wind Drive, Montgomery, Texas 77356, with a legal description of:

> Lot Twenty-one (21), Block One (1), of Bentwater, Section Nineteen (19), a subdivision situated in the Owen Shannon Survey, A-36, and the Richard S. Willis Survey, A-626, Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet F, Sheet 115-B through 116-B of the map records of Montgomery County, Texas.

(2) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding;

(3) Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set for the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, located at United States Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401. A copy of the petition shall be sent to Jon Muschenheim, Deputy Chief, Asset Forfeiture/FLU, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, Texas 78401; and

(4) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and Defendant's Plea Agreement, this forfeiture order shall be become final as to the Defendant's immediately, and shall be made part of the Defendant's sentences and included in the judgments.

Signed at Corpus Christi, Texas on 6/17/2020, 2020.

Nelva Gonzales Ramos
United States District Judge

AGREED TO AND APPROVED AS TO FORM AND SUBSTANCE:

*[signature]*

Lance Watt
Assistant United States Attorney
Southern District of Texas
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, Texas 78401
Telephone: 361-888-3111
Facsimile: 361-888-3200

*[signature]* On behalf of Client

Jorge Juan Torres-Lopez
Defendant

*[signature]*

Carlos A. Solis
Counsel for Jorge Juan Torres-Lopez
Hilley and Solis, PLLC
6243 W Interstate 10 Ste. 503
San Antonio, TX 78201
Telephone: 210-446-5000
Facsimile: 210-446-5001

June 16, 2020
Date

06/16/20
Date

6/16/20
Date