LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
P.O. BOX 17428
AUSTIN, TEXAS 78760

512/447-6675
FAX 512/693-0728

*Douglas Steven Bird*
*Email: Steve.Bird@lgbs.com*

July 15, 2020

United States Courts
Southern District of Texas
FILED

JUL 20 2020

David J. Bradley, Clerk of Court

Clerk of Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

RE:   Cause No. 2:13-cr-01075; *United States of America, v. Jorge Juan Torres Lopez*

Dear Clerk:

Enclosed for filing please find the following in the referenced cause of action:

- **Petition of Montgomery County, Texas et al., for Adjudication of Interest in Property at 53 South Wind Drive, Montgomery, Texas, 77356;**

Thank you for your attention to this matter. If I can be of further service to you, please call me.

Sincerely,

Douglas Steven Bird
Attorney at Law

SB/lrv

cc:   Julie K. Hampton
U.S. Attorney's Office
800 N. Shoreline Blvd
Ste. 500
Corpus Christi, TX 78401

Jon Muschenheim
U.S. Attorney's Office
800 N. Shoreline Blvd.
Ste. 500
Corpus Christi, TX 78401

Lance Andrew Watt