# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Jorge Juan Torres Lopez

Case Number: 2:13–cr–01075

## Notice of Resetting

**A proceeding has been reset in this case as to Jorge Juan Torres Lopez as set forth below.**

**BEFORE:**
**Judge Nelva Gonzales Ramos**

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 9/15/2020

**TIME:** 02:15 PM

**TYPE OF PROCEEDING:** Sentencing

Date:   September 1, 2020                                                    David J. Bradley, Clerk