UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. C-13-1075-2 |
| JORGE JUAN TORREZ LOPEZ | § | |

### UNOPPOSED MOTION TO CONTINUE

Defendant, JORGE JUAN TORREZ LOPEZ, moves the Court to continue all dates in the scheduling order for a period of (45) forty-five days, or whatever time this Court deems appropriate.

1. Torres-Lopez was arrested in Mexico on February 5, 2019. He is charged with conspiracy to commit money laundering and conspiracy to commit bank fraud.

2. Torres-Lopez waived extradition and was extradited to the U.S. on October 29, 2019.

3. This case is set for Sentencing on September 15, 2020.

4. Defendant continues to prepare for his sentencing, and requests time to allow defense counsel necessary time for preparation.

5. The prosecution is unopposed to a forty-five day continuance.

6. This motion is not filed merely for purposes of delay, but for good cause and so that justice may be done.

WHEREFORE, Defendant respectfully request this Honorable Court continue all pending dates for forty-five (45) days, or whatever period this Court deems appropriate, and for such other

and further relief as this Honorable Court deems just and proper.

                                        Respectfully submitted,

                                  By: */s/Carlos Solis*
                                      Carlos Solis
                                      csolis@hilley-solis.com
                                      Texas State Bar No.: 24060636
                                      HILLEY & SOLIS LAW, PLLC
                                      6243 W. Interstate 10 Suite 503
                                      San Antonio, Texas 78201
                                      (210) 446-5000 – Telephone
                                      (210) 446-5001 - Fax

## CERTIFICATE OF CONFERENCE

    The undersigned communicated with Assistant United States Attorney Jon Muschenheim, attorney for the Government, regarding this Motion for Continuance. He stated he does not oppose said Motion.

                                                          */s/ Carlos Solis*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of September 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Julie K. Hampton
    Jon Muschenheim
    Assistant United States Attorney
    Texas Bar No. 24032269
    800 N. Shoreline Blvd., Suite 500
    One Shoreline Plaza
    Corpus Christi, TX  77401

                                                          */s/ Carlos Solis*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. C-13-1075-2 |
| JORGE JUAN TORREZ LOPEZ | § § | |

## **ORDER**

On this date came on to be considered Defendant's Unopposed Motion for Continuance, and said Motion is hereby

    GRANTED      DENIED.

SIGNED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE