United States District Court
Southern District of Texas
**ENTERED**
September 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. CASE # 2:13CR1075-02 |
| | § | |
| JORGE JUAN TORRES LOPEZ | § | |

**ORDER CONTINUING SENTENCING**

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing hearing in the above-captioned cause, the motion is hereby GRANTED.

**ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO SENTENCING DATE AS SET FORTH IN THE ORIGINAL SENTENCING ORDER.**

It is ORDERED that Objections to PSR are due by **October 1, 2020**. Responses are due by **October 6, 2020**. Addendum to PSR is due by **October 15, 2020**. The sentencing hearing is reset to **October 27, 2020 at 9:00 a.m.**

SIGNED and ORDERED this 8th day of September, 2020.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**