| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | | CORPUS CHRISTI DIVISION |
| | | Criminal No. : 2:13CR1075 |
| v.<br>JORGE JUAN TORRES-LOPEZ | | SENTENCING EXHIBIT LIST |
| List of United States of America | | AUSA   JON MUSCHENHEIM |
| U.S. DISTRICT JUDGE<br>NELVA GONZALES RAMOS | Clerk:<br>GENAY ROGAN | Reporter: |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Petition of Government of Mexico for restoration of Bermuda funds | | | | |
| 2 | InterNational Bank Records re Aircraft Sales | | | | |
| 3 | Chase Bank Records re Aircraft Sales | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

1/6/21
1/6/21