United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. CASE # 2:13CR1075-2 |
| | § | |
| JORGE JUAN TORREZ LOPEZ | § | |

## ORDER CONTINUING SENTENCING

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing hearing in the above-captioned cause, the motion is hereby GRANTED.

**ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO SENTENCING DATE AS SET FORTH IN THE ORIGINAL SENTENCING ORDER.**

It is ORDERED that the sentencing hearing be reset to **March 17, 2021 at 2:30 P.m.**

SIGNED and ORDERED this 7th day of January, 2021.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE