# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 22 2021

Nathan Ochsner, Clerk of Court

20210315-24

Thomas J McHugh
106 S. St. Mary's St.
Ste 260
San Antonio, TX 78205

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, March 15, 2021
Case Number: 2:13-cr-01075
Document Number: 94 (1 page)
Notice Number: 20210315-24
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

NORTH HOUSTON TX

16 MAR 2021 PM 7 L



ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED

MAR 22 2021

Nathan Ochsner, Clerk of Court

```
NIXIE          782   DC 1           0003/1
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 77208101010           *2133-05391-
```