UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. C-13-1075-2 |
| | § | |
| JORGE JUAN TORREZ LOPEZ | § | |

**OPPOSED MOTION TO CONTINUE**

Defendant, JORGE JUAN TORREZ LOPEZ, moves the Court to continue all dates in the scheduling order for a period of thirty (30) days, or whatever time this Court deems appropriate.

1. Torres-Lopez was arrested in Mexico on February 5, 2019. He is charged with conspiracy to commit money laundering and conspiracy to commit bank fraud.

2. Torres-Lopez waived extradition and was extradited to the U.S. on October 29, 2019.

3. This case is set for Sentencing on May 20, 2021.

4. Defendant continues to prepare for his sentencing, and requests time to allow defense counsel necessary time for preparation.

5. Defense counsel has consulted with the Government and they are opposed to a thirty-day continuance.

6. This motion is not filed merely for purposes of delay, but for good cause and so that justice may be done.

WHEREFORE, Defendant respectfully request this Honorable Court continue all pending dates for thirty (30) days, or whatever period this Court deems appropriate, and for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

By: */s/Carlos Solis*
 Carlos Solis
 csolis@hilley-solis.com
 Texas State Bar No.: 24060636
 HILLEY & SOLIS LAW, PLLC
 6243 W. Interstate 10 Suite 503
 San Antonio, Texas 78201
 (210) 446-5000 – Telephone
 (210) 446-5001 – Fax

*/s/Thomas McHugh*
 Thomas McHugh
 thomasjmchughlaw@gmail.com
 Texas State Bar No.: 13675000
 The Law Offices of Thomas J. McHugh, PLLC
 6243 W. Interstate 10 Suite 503
 San Antonio, Texas 78201
 (210) 227-4662 – Telephone

CERTIFICATE OF CONFERENCE

The undersigned communicated with Assistant United States Attorney Jon Muschenheim, attorney for the Government, regarding this Motion for Continuance. He stated he does oppose said Motion.

*/s/ Carlos Solis*

CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jon Muschenheim
Assistant United States Attorney
Texas Bar No. 24032269
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, TX  77401

                                            */s/ Carlos Solis*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. C-13-1075-2 |
| JORGE JUAN TORREZ LOPEZ | § | |

### **ORDER**

On this date came on to be considered Defendant's Opposed Motion for Continuance, and said Motion is hereby,

  GRANTED   DENIED.

  SIGNED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE