United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. C-13-1075-2 |
| JORGE JUAN TORREZ LOPEZ | § | |

### ORDER

On this date came on to be considered Defendant's Opposed Motion for Continuance, and said Motion is hereby,

GRANTED          (DENIED.)

SIGNED this  14th  day of _____May_____, 2021.

_____
UNITED STATES DISTRICT JUDGE