UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.     Case Number: 2:13−cr−01075

Jorge Juan Torres Lopez

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 5/21/2021

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   May 18, 2021

Nathan Ochsner, Clerk