# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 2:13–cr–01075

Jorge Juan Torres Lopez

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, Texas 78401

**DATE:** 5/21/2021

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Motion Hearing
Sealed Event – #102

Date:   May 19, 2021

Nathan Ochsner, Clerk