|   | UNITED STATES DISTRICT COURT<br>United States Courts<br>Southern District of Texas<br>FILED<br>MAY 2 1 2021<br>Nathan Ochsner, Clerk of Court | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America<br>v.<br>JORGE JUAN TORRES-LOPEZ | | CORPUS CHRISTI DIVISION |
| | | Criminal No. : 2:13CR1075 |
| | | SENTENCING EXHIBIT LIST |
| List of United States of America | | AUSA  L. Watt  JON MUSCHENHEIM |
| U.S. DISTRICT JUDGE<br>NELVA GONZALES RAMOS | Clerk: B. Cortez  ~~GENAY ROGAN~~ | Reporter: L. Garza |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Petition of Government of Mexico for restoration of Bermuda funds | ✓ | | ✓ | 5/21/21 |
| 2 | InterNational Bank Records re Aircraft Sales | ✓ | | ✓ | 5/21/21 |
| 3 | Chase Bank Records re Aircraft Sales | ✓ | | ✓ | 5/21/21 |
| 4 | DE 26 from 2:13CV294 | ✓ | | ✓ | 5/21/21 |
| 5 | Agreed Judgment in Hidalgo County C-2741-12-A | ✓ | | ✓ | 5/21/21 |
| 6 | | ✓ | | ✓ | 5/21/21 |
| ~~7~~ | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

5/20/21
5/20/21