UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | CRIMINAL NO. C-13-1075-S |
| | § | |
| **JORGE JUAN TORRES-LOPEZ** | § | |

**AGREED FINAL ORDER OF FORFEITURE**

Pending before the Court is the United States Agreed Motion for Final Order of Forfeiture. Having considered the motion and the record as they relate to the real property listed below, the Court makes the following findings:

A. On June 17, 2020, the Court signed an Agreed Preliminary Order of Forfeiture (See Doc. No. 61) forfeiting the following real property to the United States:

> 53 South Wind Drive, Montgomery, Texas 77356, together with all improvements, buildings, structures and appurtenances, and legally described as:
>
>> Lot Twenty-one (21), Block One (1), of Bentwater, Section Nineteen (19), a subdivision situated in the Owen Shannon Survey, A-36, and the Richard S. Willis Survey, A-626, Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet F, Sheet 115-B through 116-B of the map records of Montgomery County, Texas,
>
> (hereinafter, the "South Wind Drive Property").

B. The United States, pursuant to Rule 32.2(b)(6)(C), Fed. R. Crim. P. published notice of the Agreed Preliminary Order of Forfeiture on an official government website for at least 30 consecutive days beginning on June 20, 2020. (Doc. No. 70).

C. A copy of the Agreed Preliminary Order of Forfeiture was also posted on the

1

South Wind Drive Property on January 28, 2021 (See Doc. No. 92).

D. On July 9, 2020, the Defendant's wife, Maria Carlota Llaguno de Torres, was provided notice of the Agreed Preliminary Order of Forfeiture by Federal Express to her address in Mexico. (*See* Doc. No. 88).

E. On July 15, 2020, Toya LLC c/o Carlos A. Solis, Hilley and Solis, PLLC, was provided notice by email (Doc. No. 89).

F. On July 20, 2020, Montgomery County, Texas, Montgomery County Hospital District, Montgomery Independent School District, and Montgomery County Emergency Services District 2, ("Taxing Authorities"), filed a timely petition asserting an interest in the South Wind Drive Property based on past due ad valorem taxes, penalties, and interest. (Doc. 62).

G. Other than the Taxing Authorities, no person or entity has filed a petition asserting an interest in the South Wind Drive Property and the time to file third-party petitions has expired.

Having considered the motion, the record, and the applicable law, the Court has decided to GRANT the Motion for Agreed Final Order of Forfeiture.

It is, therefore, ORDERED that:

1. the Unopposed Motion for Final Order of Forfeiture is GRANTED;

2. the following property is forfeited to the United States, with all right, title, and interest in the property vesting in the United States:

> 53 South Wind Drive, Montgomery, Texas 77356, together with all improvements, buildings, structures and appurtenances, and legally described as:

> Lot Twenty-one (21), Block One (1), of Bentwater, Section Nineteen (19), a subdivision situated in the Owen Shannon Survey, A-36, and the Richard S. Willis Survey, A-626, Montgomery County, Texas, according to the map or plat thereof recorded in Cabinet F, Sheet 115-B through 116-B of the map records of Montgomery County, Texas;

3. all persons or entities, except for the Taxing Authorities, claiming any right, title, or interest in the above property are in default; therefore, all right, title and interest in the above property is forfeited from:

   a) Maria Carlota Llaguno de Torres, wife of Jorge Juan Torres Lopez; and

   b) Toya L.L.C., A Texas Limited Liability Company and grantee of the above property;

4. the United States has clear title to the above property, subject to the payment of the claim of outstanding ad valorem taxes, penalties, and interest owed to the Taxing Authorities;

5. the United States may dispose of the South Wind Drive Property according to law, and may warrant good title to any subsequent purchaser or transferee of the real property;

6. before or upon sale or other disposition of the South Wind Drive Property, the United States shall pay the *ad valorem* taxes assessed on the property through the date of this Agreed Final Order of Forfeiture, together with interest and penalties as allowed by law;

7. the Court shall retain jurisdiction in the event that there is a dispute that cannot be resolved by the parties as to the amount of the taxes, penalties, or interest to be paid; and

8. the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Deputy Chief of Asset Forfeiture/FLU, Jon

Muschenheim, 800 N. Shoreline Blvd., Ste. 500, Corpus Christi, Texas 78401.

THIS IS A FINAL ORDER.

Signed on this the 21st day of May, 2021.

_____
Nelva Gonzales Ramos
United States District Judge