| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions:*

| 1. NAME<br>Carlos Solis | 2. PHONE NUMBER<br>(210) 446-5000 | 3. DATE<br>5/24/2021 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>csolis@hilley-solis.com | 5. CITY<br>San Antonio | 6. STATE<br>TX | 7. ZIP CODE<br>78201 |

| 8. CASE NUMBER<br>2:13-CR-01075 | 9. JUDGE<br>Nelva Gonzales Ramos | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 5/21/2021 | 11. TO 5/21/2021 |

| 12. CASE NAME<br>USA v. Hernandez et al | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY Corpus Christi | 14. STATE TX |

**15. ORDER FOR**

| [ ] APPEAL | [X] CRIMINAL | [ ] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
|---|---|---|---|
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| [ ] | VOIR DIRE | | [X] TESTIMONY (Specify Witness) | | |
| [ ] | OPENING STATEMENT (Plaintiff) | | Luis Carlos Castillo | | 05/21/2021 |
| [ ] | OPENING STATEMENT (Defendant) | | Hector Javier Villarreal | | 05/21/2021 |
| [X] | CLOSING ARGUMENT (Plaintiff) | 05/21/2021 | [ ] PRE-TRIAL PROCEEDING (Spcy) | | |
| [X] | CLOSING ARGUMENT (Defendant) | 05/21/2021 | | | |
| [ ] | OPINION OF COURT | | | | |
| [ ] | JURY INSTRUCTIONS | | [ ] OTHER (Specify) | | |
| [ ] | SENTENCING | | | | |
| [ ] | BAIL HEARING | | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [X] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE<br>5/25/2021 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY